# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN  **MH**
(INDIVIDUAL ADJUSTMENT OF DEBTS)

---

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Antoinette Denise Edwards      SS# xxx-xx-4167

SS#

ADDRESS: 5381 Derron Ave., Memphis, TN 38115

PLAN PAYMENT: Debtor to pay $ 469.00 Weekly

PAYROLL DEDUCTION: Riviana      OR ( ) DIRECT PAY

277 Allen Parkway      BECAUSE:

Houston, TX 77019      FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

| | | PAYMENT |
|---|---|---|
| CHILD SUPPORT: Future Support through Plan to | | |
| Child Support Arrearage to | | |
| PRIORITY CREDITORS: Internal Revenue Service ($6,841.00) | | $ 114.00 |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| Richard B. Boone | ongoing payment begins | January 2017 | | | $ 950.00 |
|---|---|---|---|---|---|
| | Approximate arrearage | $10,450.00 | Interest | 0.00% | $ 175.00 |
| | ongoing payment begins | | | | |
| | Approximate arrearage | | Interest | | |

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| GM Financial (2015 Chevrolet Malibu) | $ 27,400.00 | 5.50% | $ 550.00 |
| | | | |
| | | | |
| US Dept. of Education (disallow claims) | | | |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS: Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: _____ ;
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.